| | | |
|---|---|---|
| Shari Afuso/HID/09/USCOURTS | To | HIDml_CR Notice Group |
| 12/20/2005 08:20 AM | cc | Theresa Lam/HID/09/USCOURTS@USCOURTS, mparkatty@hawaii.rr.com |
| | bcc | |
| | Subject | CR03-367DAE, USA v. (03) Brian Remhild |

## CR03-367DAE, USA v. (03) Brian Remhild

Motion for Withdrawal of Not Guilty Plea and to Plead Anew as to Defendant (03) Brian Remhild set 12/27/05 at 2:00pm before Judge Chang

The following dates are hereby vacated as to defendant 03 only:
12/27/05, 10:00am, Final Pretrial Conference, Judge Chang
1/10/06, 9:00am, Jury Trial, Judge Ezra

AUSA:  Chris Thomas
Def Atty:  (03) Michael Park

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 20 2005

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK