**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2005

at 3 o'clock and 05 min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00367-03 DAE |
| ) | |
| Plaintiff, ) | REPORT AND RECOMMENDATION |
| vs. ) | CONCERNING PLEA OF GUILTY |
| ) | |
| BRIAN REMHILD, (03) ) | |
| ) | |
| Defendant. ) | |
| ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed.R.Crim.P., and has entered a plea of guilty to Count 1 of the Indictment. After examining the defendant under oath, I determined that the defendant is fully competent and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that the offense(s) charged is supported by an independent basis in fact establishing each of the essential elements of such offense(s). I further determined that the defendant intelligently, knowingly and voluntarily waived the

GUILTY.R&R-PA

right to appeal or collaterally attack the sentence except as provided in the plea agreement. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

    IT IS SO RECOMMENDED.

    DATED: Honolulu, Hawaii, _____.

DEC 27 2005

    _____
    UNITED STATES MAGISTRATE JUDGE

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**

CRIMINAL NO. 03-00367 DAE ; USA vs. BRIAN REMHILD (03) ; REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

GUILTY.R&R-PA      -2-