IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00367-03 DAE |
| | ) | |
| Plaintiff, | ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. | ) | ADJUDICATION OF GUILT AND |
| | ) | NOTICE |
| BRIAN REMHILD, (03) | ) | OF SENTENCING |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count 1 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense(s).  All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 12, 2006.



_____
David Alan Ezra
United States District Judge

GUILTY.ACP

GUILTY.ACP