MICHAEL J. PARK,   4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii   96813
Telephone:   (808) 536-4456
Facsimile:    (808) 536-4988

Attorney for Defendant
BRIAN REMHILD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00367 DAE (03) |
|---|---|---|
| Plaintiff, | ) | DEFENDANT BRIAN REMHILD'S SENTENCING STATEMENT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| BRIAN REMHILD, | ) | Sentencing date:  June 19, 2006 |
| Defendant. | ) | HONORABLE DAVID ALAN EZRA U.S. District Judge |

DEFENDANT BRIAN REMHILD'S SENTENCING STATEMENT

COMES NOW the defendant, BRIAN REMHILD, through court appointed counsel, Michael J. Park, and hereby respectfully submits this Sentencing Statement pursuant to the Order of this Court regarding sentencing Guidelines, the Notice of

Attorneys dated December 1, 2005, and Rule 32 of the Federal Rules of Criminal Procedure.

I.  FACTUAL BACKGROUND

Defendant and his undersigned counsel have reviewed the factual information contained in the Proposed Presentence Report prepared April 27, 2006 and have limited objections thereto and the addition of the following:

PART A.  THE OFFENSE

Paragraph 4:  Defendant Remhild was arrested on January 28, 2004, in California and was ordered detained pending transfer to the District of Hawaii.

Paragraph 45:  Remhild lived with his then girlfriend Cassandra Dawn Boucher at the 5752 Alfred Avenue residence, in California.  Although not a target named on the search warrant to the residence; Remhild consented to an interview with the California DEA and local law enforcement just prior to the search on the residence, on January 28, 2004, and he cooperated and disclosed the whereabouts of the cocaine and took responsibility for the cocaine.

PART E.  FACTORS THAT MAY WARRANT A SENTENCE OUTSIDE THE ADVISORY GUIDELINE RANGE

Paragraphs 108 & 109.  Substantial Assistance to Authorities and

other enumerated factors:

Mr. Remhild requests the Court to consider his assistance to authorities, family ties, and limited involvement with the criminal justice system as mitigating factors in deciding what sentence to impose and relies on Title 18, United States Code, Section 3553(b) and the sentencing guideline to Section 5K1.1 and 5K2.0 that authorizes a downward departure if the Court finds the existence of a mitigating circumstance.

II.   SENTENCING CLASSIFICATION / GUIDELINE / RESTITUTION RANGES

Defendant respectfully reserves the right to move for adjustment and departure, if appropriate and not otherwise waived, and to submit additional character evidence no later than fifteen days prior to the scheduled sentencing.

DATED:  Honolulu, Hawaii, May 11, 2006.

Respectfully submitted,

_____
/s/MICHAEL J. PARK
Attorney for Defendant
BRIAN REMHILD

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

- **Glenn D. Choy**
  choyhawaii@hawaiiantel.net

- **Loretta A. Faymonville**
  Loretta_Faymonville@fd.org Hermi_Hunt@fd.org;fpdhi@hotmail.com

- **Donna Gray**
  donna_gray@fd.org hermi_hunt@fd.org;fpdhi@hotmail.com

- **Richard S. Kawana**
  rskawana@prodigy.net

- **Florence T. Nakakuni**
  florence.nakakuni@usdoj.gov
  pat.redondo@usdoj.gov;USAHI.ECFNarcotics@usdoj.gov

- **Chris A. Thomas**
  chris.thomas@usdoj.gov
  madelynn.derby@usdoj.gov;janice.tsumoto@usdoj.gov;USAHI.ECFNarcotics@usdoj.gov

Served by First Class Mail or hand-delivery:

Victor J. Bakke
Paul J Cunney
Dan C. Oyasato
Law Offices of Paul Cunney
Central Pacific Bank Building
220 S King St Ste 2290
Honolulu, HI 96813

Noah Fiddler
Seven Waterfront Plaza
500 Ala Moana Blvd Ste 400
Honolulu, HI 96813

Michael Jay Green
Queen Street Building
345 Queen St 2nd Fl
Honolulu, Hi 96813

Richard D. Gronna
Haseko Center
820 Mililani St Ste 812
Honolulu, HI 96813

Samuel P. King, Jr
735 Bishop St Ste 304
Honolulu, Hi 96813

Keith M. Kiuchi
Kiuchi & Nakamoto
Pauahi Tower
1001 Bishop St Ste 2525
Honolulu, Hi 96813

Stanford H. Nakamoto
Kiuchi & Nakamoto
Pauahi Tower
1001 Bishop St Ste 2525
Honolulu, Hi 96813

Dwight T. Tanaka
Kiuchi & Nakamoto
Pauahi Tower
1001 Bishop St Ste 2525
Honolulu, Hi 96813

Michael A. Weight
Office of the Federal Public Defenders
PJKK Federal Building
300 Ala Moana Blvd Rm 7-104
Honolulu, HI 96813

    DATED: Honolulu, Hawaii, May 11, 2006.

                                                                                          _____
                                                                                         /s/ MICHAEL J. PARK