MICHAEL J. PARK 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Ph:(w) 536-4456 (c)291-2935

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00367 DAE (03) |
|---|---|---|
| | ) | |
| | ) | DEFENDANT BRIAN REMHILD'S |
| Plaintiff | ) | LETTERS OF SUPPORT |
| | ) | |
| v. | ) | |
| | ) | Sentencing: |
| BRIAN REMHILD, | ) | Monday, June 19, 2006 |
| | ) | 2:30 pm |
| | ) | |
| Defendant. | ) | THE HONORABLE DAVID ALAN |
| | ) | EZRA |
| | ) | |

### DEFENDANT BRIAN REMHILD'S LETTERS OF SUPPORT

Attached are various letters of support for Defendant Brian Remhild that Defendant requests the Honorable David Alan Ezra to consider when sentencing Defendant.

DATED: Honolulu, Hawaii, June 8, 2006

/s/MICHAEL J. PARK
Attorney for Defendant

United States District Judte
David Allen Ezra

Ref: CR03-0037-03
   Brian Remhild

Your Honor

   It is my understanding that you will be presiding over the referenced case on June 19, 2006 and a character reference is in order. Brian is my grandson and we have had limited contact since his parents divorced when he was a baby. However, when we visited together I found him to be polite and very well mannered. He is also dependable, on time and a good worker. He enjoyed his job and had many friends. He lived in the same house with his mother and stepfather and stepbrothers and sisters until he graduated from school. He went to the same schools and played with his friends in the same neighborhood all of his life. I believe he got along very well with his family and friends. He enjoys sports and is an avid reader.

   I hope you will consider that he has already spent almost 2 years waiting for a hearing and give him a fair and just trial.

                              Very sincerely,

                              *Mrs. Audrey Russell*
                              Audrey Russell
                              24600 Mountain View Ave., #68
                              Hemet, California 92544
                              951-306-0116

United States District Judge
David Allen Ezra

Re: CR03-0037-03
    Brian Remhild

Your Honor,

    My name is Rose Mundy. I am Brian's sister. I would like to start out by saying we all miss him very much. We have had many family gatherings and when we do Brian is missed. My son was married last year and Brian was missed. It has been over two years since we have seen him.

    Brian is a very kind person who would do anything for anyone. He has always made my children feel special. Even when they were little, we would go to family gatherings and he would go out of his way to pay attention to them. His affection for our family has always been evident.

    Brian worked for the same picture company for over ten years. He lived a stable dedicated life for a long time. I believe his willingness to please others is what got him in the situation he is today. He made some wrong choices and I am sure he regrets them and wishes he could change the things he did. I am sure he has learned his lesson.

    Brian was a very good student in school. In high school he got good grades and was very active. He was even on the wrestling team and did very well there. Please have mercy on Brian. He has been in there a long time.

                                                      Mrs. Rose Mundy

United States District Judge
David Allen Ezra

Regarding: Brian Remhild
           CR03-0037-03

Your Honor,

    I am writing on behalf of my brother Brian. My name is Cathy Harris and I love and miss my brother very much. I am older than Brian and have watched him grow up. He was never in trouble and maintained his grades. He is a very caring and sensitive person who is always there to listen or to help. My brother and I have a great relationship and I can remember many times when we would just sit in his room and talk for hours. Even after we both grew up and moved out of our parent's house our relationship stayed the same. Brian has had the same friends since before grade school and still maintains those same friendships. He held a management position at a retail store called Print Plus for many years and was thought very highly of within the company. During high school he was in wrestling and became an undefeated CIF Champion. Brian is a very good person inside and very driven to accomplish his goals. Brian always brings joy to a room with his quick wit and charm. He has definitely been missed these last three years and holidays have not been the same without him.

   Thank you for taking the time to read this, as I know Brian is anxiously waiting his trial.

                                                Sincerely,

                                                Cathy Harris
                                                19092 Carp Cr
                                               Huntington Beach, Ca 92646
                                               714-378-9056

United States District Judge
David Allen Ezra

Ref: Brian Remhild
CR03-0037-03

Your Honor,

I am writing on behalf of Brian Remhild, he is my brother in-law. Brian is a very organized caring person. I have known him for 8 ½ years. He was working at Prints Plus when my wife introduced us. She used to work in the same Mall as Brian. He has a great sense of humor and is a very hard working guy. As you will see this is his first offense. Brian is a great Uncle to my two boys and they miss him very much. At all the holiday Brian would play with them and he would always give them lots of attention. He has waited a long time for this trial, so please take into account these things above. He is a very outstanding person. Even though he has made some mistakes. I know the time he has spent has made him reconsider his actions after talking on the phone with him every Tuesday night that he can call. He is always welcome in my home.

Sincerely,

*[signature]*

Mike Harris
19092 Carp Cr
Huntington Beach, Ca 92646
714-378-9056

6-01-06

United States District Judge
David Allen Ezra
Regarding Brian Remfield CR03-0037-03

My name is Sarah Amalfitano and I am Brian's sister inlaw. Brian and I have known eachother for about seven years and have been close since the day we met. The thing I liked most about Brian is that he cares very much for his family and friends, and I was glad to now be a part of that. Brian has a great personality and it showed by how many friends he has. He was always dependable wiether it was to help you move, talk about problems at work, or to just have fun with and joke around. Thats why I miss him so much. He frequently put his family needs before his own and I know this because my husband is his little brother and he worried constantly about him.

I know that Brian has made some bad choices, but I also know that Brian is smart enough to get home and do something positive with his life.

Brian is more than welcome to stay with me and my family and we will do whatever it takes to make Brian successful. I hope that anything I have said has made your decision easier because we all love Brian so much and miss him dearly.

Sincerely,
Sarah Analfitano

19091 Stingray Lane
Huntington Beach, CA 92646
(714) 378-5806

June 1, 2006

United States District Judge
David Allen Ezra

Ref: CR03-0037-03
Brian W. Remhild

## TO WHOM IT MAY CONCERN:

I am writing a character reference for Brian W. Remhild. I have known Brian for 34 years and for the first 21 years we were best friends experiencing school, sports, and work together. Of course we have parted ways as I have gone off to college and onto graduate school, but we still remain very close friends and stay in touch via phone, emails, and visits. Since I have moved back to the area, I was quite surprised to hear of Brian's involvement in the things that have landed him in his current situation.

My surprise, not to mention my disappointment in Brian's poor choices, is based on the fact that he is a very talented and loyal person. Throughout our school years together, Brian was an "A" student never having any problems mastering all the subjects covered. Growing up in our neighborhood Brian was a very curious and fun friend. Brian was the one who showed me how to catch black widows and how to raise, care, and breed them. He loved insects, spiders, and reptiles and had the largest collection of them. Another hobby of Brian was collecting baseball cards, comic books, and other collectibles. What impressed me so much with his hobbies was the fact that he was so devoted to them. As a kid, Brian would read a book on how to care for a gecko. He is so particular and well organized and nothing got past his detailed eye. When it came to playing video games, Brian was unbeatable.

Brian was always eager to share with me and all of our friends so much of his life; and we have learned so much from him. Brian was the first kid on our block to get a job delivering papers early in the morning during our summer vacations. He reasoned that if he worked early in the morning, he would have the rest of day free to have fun. He was 10 years old. I admire Brian as much now as I did as a kid.

In High school Brian was my co-captain of the varsity wrestling team at Marina High school where he was undefeated his senior year. He is an incredibly gifted athlete. Brian faced any fear that came his way and always wanted to wrestle the best wrestlers. Brian was very persistent and motivated to win. And he simply trained hard to do so and won.

I actually got Brian his first real job during our senior year of high school at PrintsPlus in the Westminster Mall. Brian was there for 8 years managing the store turning down corporate promotions because he wanted to stay close to his friends. Friendship for Brian is life-long and I can always count on him for anything.

I know Brian knows right from wrong and I when I first heard of the situation he got himself into, I called him to ask what was he thinking. He responded me to me, "I wasn't thinking, Jay, I know better".

1

Though Brian was going through a divorce and was experiencing some difficult times right up to his departure to jail, I also know that Brian will not offer any excuses or let himself of the hook for the poor choices he has made.

One thing I do look forward to seeing is Brian changing his life so that he will never have to experience prison again. If there is one thing that really stands out in Brian's character is the fact that he will learn from his mistakes and move onto something better.

Sincerely,


Jay Salazar
14256 Bolsa Chica Rd.
Westminster, CA. 92683
(714) 263-6339
jay_salazar_logos@hotmail.com

2

United States District Judge
David Allen Ezra

Ref: CR03-0037-03
Brian W. Remhild

To whom it may concern:

The purpose of this letter is to provide a character reference for Mr. Brian Remhild, whom I've known for almost 20 years.

I first met Brian while attending Stacy Junior High School in Huntington Beach, CA. He's the older brother of one of my good friends, Jesse, so I saw him a lot, although we didn't really get to know each other until a few years later.
In high school, I knew Brian to be a very smart and active individual. He kept physically fit, was involved in sports, and excelled in wrestling, and I could sense his dedication and ambition. He kept his things very neat and orderly and was always responsible about his bills and his job. His brother, our group of friends, and I watched as Brian built an impressive collection of toys and sports cards, which he maintained with the utmost tenacity.

Other things that stand out to me about Brian are his energy and quick wit. Brian's a very funny person. I can't recall how many times I've gasped for air from laughing at something hilarious he said or did. He has the gift of being able to elevate people's moods. But, I know that underneath his sense of humor and driven personality, he is a caring and giving person.

Overall, I have only good things to say about Brian Remhild. He is a loyal friend, an honest person, and a great older brother to my good friend Jesse. I think he has great potential.

Sincerely,

Steve M. Sakurai
Anaheim, CA
(714) 519-5500

United States District Judge
David Allen Ezra

Ref: CR03-0037-03
Brian W. Remhild

Your Honor:

    I am writing in regards to Brian Whitney Remhild. My name is Richard Steedly and I am a childhood friend of Brian's. We have always kept strong contact with each other. Even after I left for college, our relationship remained intact. I have always looked to him as a big brother. He provided opportunities to learn about and play many different sports.
    Brian was an incredible athlete that brought respect to Marina High School. I remember feeling proud that he was well recognized and ranked high in the Sunset League. If a teammate were not able to make weight, Coach Glab would ask Brian to wrestle in weight divisions above his own. Brian did not hesitate to step up.
    With his focus and bravery, he provided a model of discipline that resonated through out my college years. During my pursuit for a degree, he gave me consistent support and encouragement to see it through. And I did. Shortly after receiving my bachelor degree in Film and Electronic Arts from Cal State Long Beach, I started a video production and editing company, Edit Agents.
    Brian and I have always talked about opening our own Collectable and Sports Memorabilia store. Someday we will. But first, I intend on giving him a job with Edit Agents. Then, we'll work on the retail store. Since he has a strong innate ability to teach himself, I have no doubts he will learn and grow fast.
    I know he is a genuinely good person that, unfortunately, made decisions that were out of his character.

Thank you for your time.

Sincerely,


Richard Steedly,
6112 Modoc Rd.
Westminster, CA 92683
(714) 893-3409

United States District Judge
David Allen Ezra

Ref: CR03-0037-03
Brian W. Remhild

Re: Character Reference - Brian Remhild

To Whom It May Concern:

My name is William Steedly. I have known Brian Remhild for all of my life. We grew up just five houses from each other, since we were two or three years old till we graduated high school. Brian has a very friendly personality and good character. He gets along with everybody. Brian also has a soft spot for animals. I don't think there is a time I can remember that Brian didn't have some sort of cat or dog or fish for a pet at some time. Brian is a good friend of mine and he has always been there for me for many years.

Sincerely,


William Steedly
Huntington Beach, CA
(714) 840-4014

United States District Judge
David Allen Ezra

Ref: CR03-0037-03
Brian W. Remhild


Your Honor:

My name is Ariel Esteban Gimenez and I first met Brian Whitney Remhild one day after school in 5th grade. The year was 1986 and I became really close with Brian's younger brother, Jesse. I would hangout with Jesse everyday after school and often, Brian would always be hanging around and be cracking jokes along side us. Even though he was 3-4 years older than us, he always treated me on the same level as all of his other good friends. I will always remember walking into his room and being completely amazed by his reptile/spider collection. Brian never hesitated on putting on a show for us by letting us view his pets feasting on meals.

I have many friends who have older brothers and I notice there were always fist fights or constant competitive bickering amongst them however, I never saw that between Jesse and Brian. He would always be fine with Jesse and I hanging out at his job in our neighborhood mall. Brian was always a hard and dedicated worker. I never had an older brother so I looked up to Brian. He was always active in school activities and sports.

When I first heard that Brian was incarcerated, I could not believe what I was hearing. My first initial thought was " Why Brian? He's one of the nicest people that I know. He's always been nothing but generous, respectful, and dedicated." Everyone makes mistakes and learns from them, and I am sure without a doubt that Brian will take this as one of the hardest lessons that he has ever learned.


Thank you,



Ariel Esteban Gimenez
Huntington Beach, CA 92647
(714) 585-5976

United States District Judge
David Allen Ezra

Ref: Brian Remhild
CR03-0037-03

Your Honor,

    I am Jesse Amalfitano Brian's little brother. Brian was and is more than just a brother to me he is also a mentor and helped raise me better than my mom and dad. Brian kept me out of trouble when he knew there was only troublemakers for me to hang out with, he let me hang out with him and his older friends. He always helped me with homework and made sure I had good grades so I could be on the high school wrestling team. He was a phenomenal wrestler and the coaches loved him. He was known for having above average attendance at school along with such good grades he knew he was already graduating a year in advance. By the time I got to high school Brian had already made such a good impression that the students, teachers and coaches treated me with the greatest respect. Other schools were afraid to wrestle me because they knew I was Brian's brother. The things he cared the most for were school, wrestling and his family even more. I will be more than happy to have Brian live with me and help him get back on the right track. I am looking forward to having Brian live with his niece and nephew. He has been perfect up until his last drug attick girlfriend, but now she is gone and I know the real Brian is ready to come home. Please give him another chance.

                              Sincerely,
                              Jesse Amalfitano