# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/19/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00367DAE |
| CASE NAME: | USA v. (03)Brian Remhild |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (03)Michael J. Park |
| USPO: | Mona Godinet |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 6/19/2006 | TIME: | 2:15pm-2:20pm(m/d)<br>2:20pm-3:00pm(sent) |

COURT ACTION: EP: Sentencing to Count 1 of the Indictment as to Defendant (03)Brian Remhild. Government's Motion for Downward Departure. Defendant's Motion for Downward Departure.

Defendant (03)Brian Remhild present in custody.

Government's Motion for Downward Departure-GRANTED. Defendant's Motion for Downward Departure-DENIED.

Safety valve applies.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant (03)Brian Remhild.

SENTENCE:

Imprisonment:  40 MONTHS

Supervised Release:  5 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes (mandatory

      condition).

3. Defendant shall not possess illegal controlled substances (mandatory condition).

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. That the defendant perform 3 years of community service as directed by the Probation Office.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: Prison Camp at Lompoc, CA.

Defendant advised of his right to appeal.

Government's Oral Motion to dismiss all remaining counts as to this defendant only- GRANTED.

Submitted by: Theresa Lam, Courtroom Manager

Case 1:03-cr-00367-DAE   Document 281   Filed 06/19/2006   Page 3 of 3